ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| Teya Enterprises, LLC | ) ASBCA No. 63982 |
| | ) |
| Under Contract No. HQ0034-20-C-0128 | ) |

APPEARANCES FOR THE APPELLANT:   Edward T. DeLisle, Esq.
Andrés M. Vera, Esq.
  Thompson Hine LLP
  Washington, DC

Jamar T. King, Esq.
  Thompson Hine LLP
  Miamisburg, OH

APPEARANCES FOR THE GOVERNMENT:   Lisa Marie Golden, Esq.
  General Counsel
May Sena, Esq.
Wayne T. Branom, III, Esq.
Brandon R. Cogswell, Esq.
  Trial Attorneys
  DoD Washington Headquarters Services
  Washington, DC

ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: May 1, 2025

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 63982, Appeal of Teya Enterprises, LLC, rendered in conformance with the Board's Charter.

Dated:  May 1, 2025

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals